United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 96-40002-NMG |
| PAUL D. ALLEN, | ) | |
| Defendant. | ) | |

ORDER

GORTON, J.

For reasonable cause shown and to provide the Court with additional information with respect to the mental condition of the defendant, Paul D. Allen, the Court directs that 1) the defendant be transferred to an appropriate Bureau of Prisons facility for psychiatric or psychological examination, and 2) a timely report be furnished with respect thereto pursuant to 18 U.S.C. §§ 3352(c) and 4244(b).

Defendant is committed to the Bureau of Prisons facility for a period of time not to exceed thirty (30) days, pursuant to 18 U.S.C. § 4247(b), and the subject report shall include all relevant information to be provided in accordance with 18 U.S.C. § 4247(c).

So ordered.

Nathaniel M. Gorton
United States District Judge

Dated March 9, 2012

-1-